STEVEN G. KALAR
Federal Public Defender
JEROME E. MATTHEWS
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant DWIGHT WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-12 00637 PJH [KAW] |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER MODIFYING RELEASE |
| vs. | ) | CONDITIONS |
| | ) | |
| DWIGHT WILLIAMS, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    Dwight Williams is out of custody in this matter and residing at the Geocare halfway house facility in San Francisco, California. He is compliant with his release conditions, which restrict him to the facility except for purposes of medical emergencies, court appearances and meetings with defense counsel.

    Mr Williams does not have a job and his mother lives at or near the poverty level. Mr Williams presently has no money and is unable even to afford the costs of transportation to and from his court appearances. He presently is waiting for his brother to wire money to him via Western Union, and needs to leave the halfway house long enough to collect the funds and pay for his transportation to a bail review hearing presently scheduled for October 25, 2012. Defense

STIP/ORD                                 1

1  counsel is informed that the facility to which the funds are being wired is located a few blocks
2  from the Geocare facility.
3      IT IS THEREFORE STIPULATED AND AGREED that the terms of Dwight Williams's
4  release be modified such that, upon prior notice to Pretrial Services, he may leave the Geocare
5  facility for purposes of collecting wired funds from family members as needs require.  Mr
6  Williams shall continue to abide by existing conditions of his release, and such other conditions
7  as Pretrial Services may deem appropriate.

8      /s/
9  Dated: October 23, 2012      _____
10     RODNEY VILLAZOR
    Assistant United States Attorney

11     /s/
12 Dated: October 23, 2012      _____
13     JEROME E. MATTHEWS
    Assistant Federal Public Defender

14
    /s/
15 Dated: October 23, 2012      _____
    GELAREH FARAHMAND
16     U.S. Pretrial Services Officer

17

18      Good cause appearing therefor, IT IS ORDERED that Dwight Williams's release
19  conditions be modified such that, upon prior notice to Pretrial Services, he may leave the
20  Geocare facility for purposes of collecting wired funds from family members as needs require.
21  Mr Williams shall continue to abide by existing conditions of his release, and such other
22  conditions as Pretrial Services may deem appropriate.

23

24  Dated: October  24, 2012      *Kandis Westmore*
    KANDIS A. WESTMORE
25     United States Magistrate Judge

26

STIP/ORD     2