| | |
|---|---|
| 1 | STEVEN G. KALAR |
| | Federal Public Defender |
| 2 | JEROME E. MATTHEWS |
| | Assistant Federal Public Defender |
| 3 | 555 - 12th Street |
| | Suite 650 |
| 4 | Oakland, CA 94607-3627 |
| | Telephone: (510) 637-3500 |

Counsel for Defendant DWIGHT WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-12 00637 PJH [KAW] |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER DIRECTING DWIGHT |
| vs. | ) | WILLIAMS TO SURRENDER TO UNITED |
| | ) | STATES MARSHAL |
| DWIGHT WILLIAMS, | ) | |
| | ) | |
| Defendant. | ) | |

Dwight Williams is out of custody in this matter and residing at the Geocare halfway house facility in San Francisco, California. In light of recent developments he wishes to surrender himself to the United States Marshal and begin service of his sentence, as set forth in the Judgment in this case entered on 8 March 2013.

IT IS THEREFORE STIPULATED AND AGREED that Dwight Williams shall surrender himself to the United States Marshal no later than 12:00 p.m. on 21 March 2013. Mr Williams shall continue to abide by existing conditions of his release, and such other conditions as Pretrial Services may deem appropriate.

STIP/ORD   1

1

2  Dated: 19 March 2013                                /S/
                                        _____
3                                       RODNEY VILLAZOR
                                        Assistant United States Attorney
4
                                                    /S/
5  Dated: 19 March 2013                _____
                                        JEROME E. MATTHEWS
6                                       Assistant Federal Public Defender

7

8

9       Good cause appearing therefor, IT IS ORDERED that Dwight Williams shall surrender

10 himself to the United States Marshal no later than 12:00 p.m. on 21 March 2013. Prior to his

11 surrender, Mr Williams shall continue to abide by existing conditions of his release, and such

12 other conditions as Pretrial Services may deem appropriate.

13

14 Dated: March _20_, 2012                _____
                                          KANDIS A. WESTMORE
15                                        United States Magistrate Judge